1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DANIEL L. CARRILLO,                    No. CIV S-11-1189-CMK

12              Plaintiff,

13        vs.                               ORDER

14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                Defendant.
16
     _____/
17

18          Plaintiff, who is proceeding with retained counsel, brings this action for judicial

19   review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

20   Pursuant to the written consent of all parties, this case is before the undersigned as the presiding

21   judge for all purposes, including entry of final judgment.  See 28 U.S.C. § 636(c).   Pending

22   before the court is defendant's unopposed motion to remand (Doc. 13).  Defendant states that a

23   remand is necessary because "significant portions of the audio tape of Plaintiff's hearings before

24   the Administrative Law Judge (ALJ) are inaudible."  Good cause appearing therefor, the motion

25   is granted.  On remand, the ALJ will offer plaintiff a new hearing and issue a new decision.

26   / / /

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    Defendant's unopposed motion to remand (Doc. 13) is granted;

3    2.    This action is remanded to the agency for further proceedings consistent

4    with this order; and

5    3.    The Clerk of the Court is directed to enter judgment and close this file.

6

7    DATED:  September 12, 2011

8                                                          _____

9                                                          **CRAIG M. KELLISON**
                                                           UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2